THE STATE ex rel. HANCOCK v. SPENCER et al.

In Banc, June 18, 1901.

*Prohibition.*

RULE MADE ABSOLUTE.

MARSHALL, J.—This case is in all particulars like the case of State ex rel. Folk v. Spencer, 164 Mo. 48, except that it relates to a contest for the office of assistant circuit attorney.

For the reasons given in that case, the preliminary rule herein is made absolute. All concur, except *Robinson, J.,* who dissents.